Michael Newdow, *pro hac vice* status pending
PO Box 233345
Sacramento, CA  95823
(916) 427-6669

Rosanna Fox, NH SBN: 17693
O'Brien Law Firm, P.C.
One Sundial Avenue, Fifth Floor
Manchester, NH  03103
(603) 627-3800

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Civil Action No. 1:07-cv-356-JM

THE FREEDOM FROM RELIGION FOUNDATION;
JANE DOE AND PAT DOE, PARENTS; DOECHILD-1, DOECHILD-2 and
DOECHILD-3, MINOR CHILDREN;

                 Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA;
THE UNITED STATES OF AMERICA;
THE HANOVER SCHOOL DISTRICT ("HSD");
THE DRESDEN SCHOOL DISTRICT ("DSD");
SCHOOL ADMINISTRATIVE UNIT 70 ("SAU #70");

                 Defendants.

---

### MOTION TO ADMIT *PRO HAC VICE*

Rosanna T. Fox, a member of the Bar of the State of New Hampshire, moves for admission *pro hac vice* of Michael Newdow, Esquire.  In support of this motion, I state as follows:

1. As set forth in greater detail in the Affidavit of Michael Newdow, Attorney Newdow is licensed to practice before the Bar of California, before the U.S.

District Court for the Eastern District of California, and before the United States Court of Appeals for the Ninth Circuit.

    2.    Attorney Newdow's address is PO Box 233345, Sacramento, CA  95823; telephone no. (916) 427-6669.

    3.    He is a member in good standing and eligible to practice in the jurisdictions and courts to which he has been admitted.

    4.    He is not currently suspended or disbarred in any jurisdiction and is not aware of any pending disciplinary action against him.

    5.    I will be actively associated with Attorney Newdow during the pendency of this matter, and I will be present at all hearings in this matter.

    WHEREFORE, Rosanna T. Fox respectfully requests that this Court:

    A.    Grant this motion; and

    B.    Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ - Rosanna T. Fox

Rosanna T. Fox, NH SBN: 17693
O'Brien Law Firm, P.C.
One Sundial Avenue, #510
Manchester, NH  03103

Phone: (603) 318-8479

E-mail:  rosief13@comcast.net

Michael Newdow, *pro hac vice* status pending
PO Box 233345
Sacramento, CA  95823
(916) 427-6669

Rosanna Fox, NH SBN: 17693
O'Brien Law Firm, P.C.
One Sundial Avenue, Fifth Floor
Manchester, NH  03103
(603) 627-3800

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Civil Action No. 1:07-cv-356-JM

THE FREEDOM FROM RELIGION FOUNDATION;
JANE DOE AND PAT DOE, PARENTS; DOECHILD-1, DOECHILD-2 and
DOECHILD-3, MINOR CHILDREN;

          Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA;
THE UNITED STATES OF AMERICA;
THE HANOVER SCHOOL DISTRICT ("HSD");
THE DRESDEN SCHOOL DISTRICT ("DSD");
SCHOOL ADMINISTRATIVE UNIT 70 ("SAU #70");

          Defendants.

---

### AFFIDAVIT OF MICHAEL NEWDOW IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

MICHAEL NEWDOW, having been duly sworn, deposes and says:

1. My name is Michael Newdow.  My office mailing address is PO Box 233345, Sacramento, CA  95823. My telephone number is (916) 427-6669.

2. I have been admitted to practice in the following courts:

   (a) California State Court (State Bar #220444, admitted July 29, 2002);

   (b) U.S. District Court for the Eastern District of California (admitted June 25, 2004); and

   (c) U.S. Court of Appeals for the Ninth Circuit (admitted January 6, 2006).

3. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I am aware of no pending disciplinary matters involving me.

Dated: 23 Nov 07

Michael Newdow

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO

On this 23rd day of NOVEMBER, 2007, MICHAEL NEWDOW personally appeared before me and made an oath that the facts recited in the foregoing Affidavit are true to the best of his knowledge and belief.

Randall M. Hammond
Notary Public/Justice of the Peace
My Commission Expires: SEPT 13, 2011

> RANDALL M. HAMMOND
> COMM. # 1761689
> NOTARY PUBLIC - CALIFORNIA
> SACRAMENTO COUNTY
> COMM. EXPIRES SEPT. 13, 2011