Michael Newdow, *pro hac vice* status pending
PO Box 233345
Sacramento, CA  95823
(916) 427-6669

Rosanna Fox, NH SBN: 17693
O'Brien Law Firm, P.C.
One Sundial Avenue, Fifth Floor
Manchester, NH  03103
(603) 627-3800

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Civil Action No. 1:07-cv-356-JM

THE FREEDOM FROM RELIGION FOUNDATION;
JANE DOE AND PAT DOE, PARENTS; DOECHILD-1, DOECHILD-2 and
DOECHILD-3, MINOR CHILDREN;

                                      Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA;
THE UNITED STATES OF AMERICA;
THE HANOVER SCHOOL DISTRICT ("HSD");
THE DRESDEN SCHOOL DISTRICT ("DSD");
SCHOOL ADMINISTRATIVE UNIT 70 ("SAU #70");

                                      Defendants.

---

**CERTIFICATE OF SERVICE**

---

I HEREBY CERTIFY that true and correct copies of :

    Plaintiffs' Motion to Admit *Pro Hac Vice*; and
    Affidavit of Michael Newdow in Support of Motion to Admit *Pro Hac Vice*

were served electronically by CM/ECF to counsel for the Federal defendants and were / will be mailed on this 26th day of November, 2007, to:

>David Bradley
>41 South Park Street
>Hanover, NH  03755

Mr. Bradley is counsel for the School District defendants.

>/s/ – Michael Newdow
>
>Michael Newdow, Attorney at Law
>PO Box 233345
>Sacramento  CA  92823
>
>(916) 427-6669