AO 458 (Rev.10/95) (NH 1/07) Appearance

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2008 DEC 26  P 12: 36

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Freedom From Religion Foundation, et al v. Jan Doe, et al

Case Number: 1:07-cv-356-JM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Hanover School District, The Dresden School District and School Administrative Unit 70.

I certify that I am admitted to practice in this court.

December 21, 2007
**Date**

[/s/] *David H. Bradley*
**Signature**

David H. Bradley, Esq.           87
**Print Name**           **Bar Number**

41 South Park Street
**Address**

Hanover, NH 03755
**City**           **State**           **Zip Code**

(603)643-3737           dbradley@stebbinsbradley.com
**Phone Number**           **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:
Michael Newdow, P.O. Box 233345, Sacramento, CA 95823
Rosanna Fox, O'Brien Law Firm, P.C., One Sundial Ave., Fifth Floor, Manchester, NH 03103
Eric B. Beckenhauer, U.S. Dept. of Justice, Civil Division, 20 Massachusetts Ave., NW, Washington, DC 20530
Nancy J. Smith, Sr. Assist. Attorney General, Civil Bureau, Office of the Attorney General, 33 Capitol St., Concord, NH 03301
Gretchen Witt, U.S. Attorney's Office, James C. Cleveland Fed. Building, 53 Pleasant St., 4th Flr, Concord, NH 03301-0001

December 21, 2007           [/s/] *David H. Bradley*
**Date**           **Signature**