# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CONGRESS OF THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 07-356 (SM) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Theodore C. Hirt as counsel for Defendants the United States of America and the Congress of the United States of America in the above-captioned action.

Dated:  January 7, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

THOMAS P. COLANTUONO
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

 /s/ *Theodore C. Hirt*
THEODORE C. HIRT, D.C. Bar No. 242982
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW

Washington, DC  20530
Telephone: (202) 514-4785
Facsimile: (202) 616-8470
E-mail: theodore.hirt@usdoj.gov

*Counsel for the United States of America and the United States Congress*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Michael A. Newdow and Rosanna T. Fox, counsel for the Plaintiffs, and David Bradley, counsel for the School District Defendants.

I further certify that on January 7, 2008, a true and correct copy of the foregoing document was sent via e-mail to Nancy Smith, counsel for proposed intervenor-defendant the State of New Hampshire, at Nancy.Smith@doj.nh.gov.

/s/ *Theodore C. Hirt*
THEODORE C. HIRT
Assistant Director, Federal Programs Branch
U.S. Department of Justice