AO 458 (Rev.10/95) (NH 1/07) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number: 07-356 (SM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Muriel Cyrus, et al. (Intervenors)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2008 | [/s/] Bradford T. Atwood |
| **Date** | **Signature** |
| | Bradford T. Atwood     8512 |
| | **Print Name**     **Bar Number** |
| | 10 Buck Road |
| | **Address** |
| | Hanover     NH     03755 |
| | **City**     **State**     **Zip Code** |
| | (603) 643-2102     batwood@cas-law.net |
| | **Phone Number**     **Email Address** |

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Michael A. Newdow (newdowlaw@gmail.com); Rosanna T. Fox (rosief13@comcast.net); Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov); Theodore C. Hirt (theodore.hirt@usdoj.gov); Gretchen L. Witt (gretchen.witt@usdoj.gov); David H. Bradley (dbradley@stebbinsbradley.com)

Conventionally Served:

[Name and Address of Non-Filing Users]

| | |
|---|---|
| 1/18/2008 | [/s/] Bradford T. Atwood |
| **Date** | **Signature** |