# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-356 (SM) |
| THE CONGRESS OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC C. RASSBACH

I, Bradford T. Atwood, a member of the Bar of the State of New Hampshire, hereby move for the admission to practice *pro hac vice* of Eric C. Rassbach. In support of this motion, I set forth the following, as sworn to by Mr. Rassbach in the attached affidavit:

1. Mr. Rassbach's office address is 1350 Connecticut Avenue, NW, Suite 605, Washington, DC, 20036, and his office telephone number is (202) 955-0095.

2. Mr. Rassbach is admitted to practice before the following Courts: The Supreme Court of Texas, the District of Columbia Court of Appeals, the U.S. District Court for the District of Columbia, the U.S District Court for Eastern District of Texas, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, and the U.S. Court of Appeals for the Eleventh Circuit.

3. He is in good standing and eligible to practice in each of the jurisdictions and courts listed above.

4. He is not now, nor has he been, suspended or disbarred in any jurisdiction.

5. Currently, he is involved in no pending disciplinary matters.

6. I will serve as associated counsel to Mr. Rassbach during the entire course of this matter and will attend all proceedings.


Dated: January 18, 2008						Respectfully submitted,


							/s/  Bradford T. Atwood
							Bradford T. Atwood
							New Hampshire State Bar No. 8512
							CLAUSON ATWOOD & SPANEAS
							10 Buck Road
							Hanover, NH 03755
							Telephone: (603) 643-2102
							Email: batwood@cas-law.net

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-356 (SM) |
| THE CONGRESS OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION *PRO HAC VICE* OF ERIC C. RASSBACH

I, Eric C. Rassbach, state to the Court as follows:

1. My office address is 1350 Connecticut Avenue, NW, Suite 605, Washington, DC, 20036, and my office telephone number is (202) 955-0095.

2. I am admitted to practice before the following Courts: the Supreme Court of Texas (admitted 11/3/1999), the District of Columbia Court of Appeals (admitted 9/9/2005), the U.S. District Court for the District of Columbia (admitted 1/9/2006), the U.S District Court for Eastern District of Texas (admitted 9/20/2005), the U.S. Court of Appeals for the First Circuit (admitted 11/16/2007), the U.S. Court of Appeals for the Second Circuit (admitted 4/18/2005), the U.S. Court of Appeals for the Third Circuit (admitted 11/8/2007), the U.S. Court of Appeals for the Fifth Circuit (admitted 5/30/2007), the U.S. Court of Appeals for the Eighth Circuit (admitted 7/11/2006), the U.S. Court of Appeals for the Ninth Circuit (admitted 1/17/2005), the

U.S. Court of Appeals for the Tenth Circuit (admitted 9/17/2007), and the U.S. Court of Appeals for the Eleventh Circuit (admitted 6/18/2004).

    3.  I am in good standing and eligible to practice in each of the jurisdictions and courts listed above.

    4.  I am not now, nor have I been, suspended or disbarred in any jurisdiction.

    5.  Currently, I am involved in no pending disciplinary matters.

Dated:  January 18, 2008                  /s/  Eric C. Rassbach  
                                                    Eric C. Rassbach

Subscribed and sworn to before me, a Notary Public, in and for the District of Columbia this 18th day of January, 2008.

                                                      /s/  Brenda Osorio-Monzon  
(seal)                                                Signature of Notary

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of New Hampshire by using the CM/ECF system.  The following parties will be electronically served by the CM/ECF system:

Michael A. Newdow
P.O. Box 233345
Sacramento, CA 95823
Email: newdowlaw@gmail.com

Rosanna T. Fox
O'Brien Law Firm, P.C.
One Sundial Avenue, 5th Floor
Manchester, NH 03103
Email: rosief13@comcast.net

Eric B. Beckenhauer
Theodore C. Hirt
U.S. Department of Justice, Civil Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20001
Email: eric.beckenhauer@usdoj.gov
         theodore.hirt@usdoj.gov

Gretchen Leah Witt
U.S. Attorney's Office
James C. Cleveland Federal Building
53 Pleasant St., 4th Floor
Concord, NH 03301
Email: gretchen.witt@usdoj.gov

David H. Bradley
Stebbins Bradley Harvey Miller & Brooks PA
41 South Park St., P.O. Box 382
Hanover, NH 03755
Email: dbradley@stebbinsbradley.com


Dated:  January 18, 2008                                          /s/  Bradford T. Atwood          _