UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 07-356 (SM) |
| THE CONGRESS OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN J. HASSON**

    I, Bradford T. Atwood, a member of the Bar of the State of New Hampshire, hereby move for the admission to practice *pro hac vice* of Kevin J. Hasson. In support of this motion, I set forth the following, as sworn to by Mr. Hasson in the attached affidavit:

    1. Mr. Hasson's office address is 1350 Connecticut Avenue, NW, Suite 605, Washington, DC, 20036, and his office telephone number is (202) 955-0095.

    2. Mr. Hasson is admitted to practice before the following Courts: the Supreme Court of Illinois, the District of Columbia Court of Appeals, the U.S. District Court for the District of Columbia, the U.S. District Court for the Western District of Michigan, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Tenth Circuit, and the Supreme Court of the United States.

    3.  He is in good standing and eligible to practice in each of the jurisdictions and courts listed above.

    4.  He is not now, nor has he been, suspended or disbarred in any jurisdiction.

    5.  Currently, he is involved in no pending disciplinary matters.

    6.  I will serve as associated counsel to Mr. Hasson during the entire course of this matter and will attend all proceedings.

Dated: January 18, 2008                                                Respectfully submitted,

                                                                        /s/  Bradford T. Atwood
                                                                        Bradford T. Atwood
                                                                        New Hampshire State Bar No. 8512
                                                                        CLAUSON ATWOOD & SPANEAS
                                                                        10 Buck Road
                                                                        Hanover, NH 03755
                                                                        Telephone: (603) 643-2102
                                                                        Email: batwood@cas-law.net

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 07-356 (SM) |
| THE CONGRESS OF THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) |  |
| Defendants. | ) ) |  |

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION *PRO HAC VICE* OF KEVIN J. HASSON

I, Kevin J. Hasson, state to the Court as follows:

1.  My office address is 1350 Connecticut Avenue, NW, Suite 605, Washington, DC, 20036, and my office telephone number is (202) 955-0095.

2.  I am admitted to practice before the following Courts: the Supreme Court of Illinois (admitted 11/15/1985), the District of Columbia Court of Appeals (admitted 1/30/1989), the U.S. District Court for the District of Columbia (admitted 12/4/1989), the U.S. District Court for the Western District of Michigan (admitted 3/22/2000), the U.S. Court of Appeals for the Third Circuit (admitted 1/15/1996), the U.S. Court of Appeals for the Fifth Circuit (admitted 5/6/1988), the U.S. Court of Appeals for the Sixth Circuit (admitted 4/15/1988), the U.S. Court of Appeals for the Seventh Circuit (admitted 3/29/1996), the U.S. Court of Appeals for the Eighth Circuit (admitted 3/15/1990), the U.S. Court of Appeals for the Ninth Circuit (admitted 7/22/1987), the

U.S. Court of Appeals for the Tenth Circuit (admitted 8/12/1987), and the Supreme Court of the United States (admitted 9/8/1989).

    3.  I am in good standing and eligible to practice in each of the jurisdictions and courts listed above.

    4.  I am not now, nor have I been, suspended or disbarred in any jurisdiction.

    5.  Currently, I am involved in no pending disciplinary matters.

Dated: January 18, 2008                            /s/ Kevin J. Hasson
                                                          Kevin J. Hasson

Subscribed and sworn to before me, a Notary Public, in and for the District of Columbia this 18th day of January, 2008.

                                                          /s/ Brenda Osorio-Monzon
(seal)                                                    Signature of Notary

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 18, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of New Hampshire by using the CM/ECF system.  The following parties will be electronically served by the CM/ECF system:

Michael A. Newdow
P.O. Box 233345
Sacramento, CA 95823
Email: newdowlaw@gmail.com

Rosanna T. Fox
O'Brien Law Firm, P.C.
One Sundial Avenue, 5th Floor
Manchester, NH 03103
Email: rosief13@comcast.net

Eric B. Beckenhauer
Theodore C. Hirt
U.S. Department of Justice, Civil Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20001
Email: eric.beckenhauer@usdoj.gov
       theodore.hirt@usdoj.gov

Gretchen Leah Witt
U.S. Attorney's Office
James C. Cleveland Federal Building
53 Pleasant St., 4th Floor
Concord, NH 03301
Email: gretchen.witt@usdoj.gov

David H. Bradley
Stebbins Bradley Harvey Miller & Brooks PA
41 South Park St., P.O. Box 382
Hanover, NH 03755
Email: dbradley@stebbinsbradley.com


Dated:  January 18, 2008                                      /s/  Bradford T. Atwood      _