UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Freedom From Religion Foundation, et al.
_____
Plaintiff(s)

v.

07-356 (SM)
_____
Civil Case No.

The Congress of the United States of America, et al.
_____
Defendant(s)

**DISCLOSURE STATEMENT**
**LOCAL RULE 7.5**

[This form is to be completed and filed only by parties that are nongovernmental corporations or partnerships.  Check the appropriate box(es).]

<u>Nongovernmental Corporation</u>

☐ The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐ The filing party identifies the following publicly held corporation with which a merger agreement with the party exists:

<u>OR</u>

Partnership

☐ The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐ The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

OR

Nothing to Disclose

☑ The filing party has none of the above.

                                                  Respectfully submitted,

                                                  Knights of Columbus

Date: January 18, 2008                             /s/ Bradford T. Atwood
                                                  Bradford T. Atwood
                                                  New Hampshire Bar No. 8512
                                                  CLAUSON ATWOOD & SPANEAS
                                                  10 Buck Road
                                                  Hanover, NH 03755
                                                  Phone: (603) 643-2102
                                                  E-mail: batwood@cas-law.net

---

(the following need not be completed if submitted with civil complaint)

## CERTIFICATE OF SERVICE

     I hereby certify that this Disclosure Statement was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: [Names of Filing Users]
Michael A. Newdow (newdowlaw@gmail.com); Rosanna T. Fox (rosief13@comcast.net); Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov); Theodore C. Hirt (theodore.hirt@usdoj.gov); Gretchen L. Witt (gretchen.witt@usdoj.gov); David H. Bradley (dbradley@stebbinsbradley.com)

Conventionally Served:  [Name and Address of Non-Filing Users].

Date: January 18, 2008                             /s/ Bradford T. Atwood
                                                  Bradford T. Atwood
                                                  New Hampshire Bar No. 8512
                                                  CLAUSON ATWOOD & SPANEAS
                                                  10 Buck Road
                                                  Hanover, NH 03755
                                                  Phone: (603) 643-2102
                                                  E-mail: batwood@cas-law.net