Michael Newdow, *pro hac vice*
PO Box 233345
Sacramento, CA  95823
(916) 427-6669

Rosanna Fox, NH SBN: 17693
O'Brien Law Firm P.C.
One Sundial Avenue, Fifth Floor
Manchester, NH  03103
(603) 627-3800

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**Civil Action No. 1:07-cv-356-JM**

THE FREEDOM FROM RELIGION FOUNDATION;
JAN DOE AND PAT DOE, PARENTS; DOECHILD-1, DOECHILD-2 and
DOECHILD-3, MINOR CHILDREN;

                                                    Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA;
THE UNITED STATES OF AMERICA;
THE HANOVER SCHOOL DISTRICT ("HSD");
THE DRESDEN SCHOOL DISTRICT ("DSD");
SCHOOL ADMINISTRATIVE UNIT 70 ("SAU #70");

                                                    Defendants.

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Pursuant to case law[1] and Rule 26(a)(1)[2] of the Federal Rules of Civil Procedure, Plaintiffs move to have the Court enter a protective order that protects the true identity of the Plaintiffs (other than the Freedom From Religion Foundation ("FFRF")). Submitted herewith in support of this Motion is a stipulated Protective Order agreed to by counsel for each party, and a Memorandum in support of this Motion.

Respectfully submitted,

| /s/ - Michael Newdow | /s/ - Rosanna Fox |
|---|---|
| Michael Newdow, *pro hac vice* | Rosanna Fox, NH SBN: 17693 |
| Counsel for Plaintiffs | O'Brien Law Firm, P.C. |
| PO Box 233345 | One Sundial Avenue, #510 |
| Sacramento  CA  95823 | Manchester, NH  03103 |
| Phone:   (916) 427-6669 | Phone:   (603) 627-3800 |
| E-mail:   NewdowLaw@gmail.com | E-mail:   rosief13@comcast.net |

January 22, 2008

---

[1] *Doe v. Porter*, 370 F.3d 558 (6th Cir. 2004); *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981).
[2] Fed. R. Civ. P. Rule 26(a)(1)(A) states that disclosures must be made "[e]xcept as … ordered by the court."

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

## CERTIFICATE OF SERVICE

## Civil Action No. 1:07-cv-356-JM

**Freedom From Religion Foundation v. U.S. Congress**

I HEREBY CERTIFY that a true and correct copies of

(1) PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
(2) STIPULATED PROTECTIVE ORDER
(3) MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
(4) EXHIBITS (A)-(E) ACCOMPANYING MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

were provided by electronic service to the Clerk of the Court via CM/ECF on this 22nd day of January, 2008, causing these items to be served on:

| | |
|---|---|
| United States Defendants: | eric.beckenhauer@usdoj.gov |
| | theodore.hirt@usdoj.gov |
| School District Defendants: | dbradley@stebbinsbradley.com |
| State of New Hampshire: | Nancy.Smith@doj.nh.gov |

January 22, 2008                        /s/ Michael Newdow

Michael Newdow
PO Box 233345
Sacramento  CA  92823
916-427-6669

NewdowLaw@gmail.com