**CERTIFICATE OF SERVICE**

   I hereby certify that on January 18, 2008, Defendant-Intervenors Muriel Cyrus, et al., electronically filed the Proposed Answer with the Clerk of the United States District Court for the District of New Hampshire by using the CM/ECF system.  The following parties were electronically served by the CM/ECF system:

Michael A. Newdow
P.O. Box 233345
Sacramento, CA 95823
Email: newdowlaw@gmail.com

Rosanna T. Fox
O'Brien Law Firm, P.C.
One Sundial Avenue, 5th Floor
Manchester, NH 03103
Email: rosief13@comcast.net

Eric B. Beckenhauer
Theodore C. Hirt
U.S. Department of Justice, Civil Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20001
Email: eric.beckenhauer@usdoj.gov
   theodore.hirt@usdoj.gov

Gretchen Leah Witt
U.S. Attorney's Office
James C. Cleveland Federal Building
53 Pleasant St., 4th Floor
Concord, NH 03301
Email: gretchen.witt@usdoj.gov

David H. Bradley
Stebbins Bradley Harvey Miller & Brooks PA
41 South Park St., P.O. Box 382
Hanover, NH 03755
Email: dbradley@stebbinsbradley.com


Dated:  February 15, 2008         /s/  Eric C. Rassbach\_