IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CONGRESS OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> THE STATE OF NEW HAMPSHIRE, <br><br> *Defendant-Intervenor*, <br><br> and <br><br> MURIEL CYRUS, *et al.*, <br><br> *Defendant-Intervenors*. | Civil Action No. 07-356 (SM) |

**NOTICE OF REPLY IN SUPPORT OF MOTION TO DISMISS OF
DEFENDANT-INTERVENORS MURIEL CYRUS *et al.***

Bradford T. Atwood (NH Bar No. 8512)
CLAUSON ATWOOD & SPANEAS
10 Buck Road
Hanover, NH 03755
Telephone: (603) 643-2102
Facsimile: (603) 643-1287

Kevin J. Hasson (admitted *pro hac vice*)
Eric Rassbach (admitted *pro hac vice*)
THE BECKET FUND FOR RELIGIOUS LIBERTY
1350 Connecticut Ave., NW, Suite 605
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

On February 19, Plaintiffs The Freedom From Religion Foundation *et al*. filed a memorandum in response to the Defendants' respective Motions to Dismiss. Dkt. 34. I hereby give notice that Defendant-Intervenors Muriel Cyrus *et al*. intend to file a reply memorandum in support of their Motion to Dismiss the Complaint.

Dated:  February 21, 2008

Respectfully submitted,

/s/ Eric C. Rassbach         _

| | |
|---|---|
| Bradford T. Atwood | Eric C. Rassbach (admitted *pro hac vice*) |
| New Hampshire State Bar No. 8512 | Kevin J. Hasson (admitted *pro hac vice*) |
| Clauson Atwood & Spaneas | The Becket Fund for Religious Liberty |
| 10 Buck Road | 1350 Connecticut Ave., NW, Suite 605 |
| Hanover, NH 03755 | Washington, DC 20036 |
| Telephone: (603) 643-2102 | Telephone: (202) 955-0095 |
| Email: batwood@cas-law.net | Email: erassbach@becketfund.org |
| | khasson@becketfund.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of New Hampshire by using the CM/ECF system.  The following parties will be electronically served by the CM/ECF system:

Michael A. Newdow
P.O. Box 233345
Sacramento, CA 95823
Email: newdowlaw@gmail.com

Rosanna T. Fox
O'Brien Law Firm, P.C.
One Sundial Avenue, 5th Floor
Manchester, NH 03103
Email: rosief13@comcast.net

Eric B. Beckenhauer
Theodore C. Hirt
U.S. Department of Justice, Civil Federal Programs
20 Massachusetts Avenue, NW
Washington, DC 20001
Email: eric.beckenhauer@usdoj.gov
        theodore.hirt@usdoj.gov

Gretchen Leah Witt
U.S. Attorney's Office
James C. Cleveland Federal Building
53 Pleasant St., 4th Floor
Concord, NH 03301
Email: gretchen.witt@usdoj.gov

David H. Bradley
Stebbins Bradley Harvey Miller & Brooks PA
41 South Park St., P.O. Box 382
Hanover, NH 03755
Email: dbradley@stebbinsbradley.com


Dated:  February 21, 2008                                    /s/  Eric C. Rassbach