# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| THE FREEDOM FROM RELIGION FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CONGRESS OF THE UNITED STATES OF AMERICA, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 07-356 (SM) ) ) ) ) ) ) |

## NOTICE OF INTENT TO FILE REPLY MEMORANDUM

Pursuant to Local Rule 7.1(e)(1), Defendants the United States of America and the United States Congress (collectively "Federal Defendants") hereby give notice to the Court and opposing counsel of their intention to file a reply memorandum in support of their motion to dismiss. The Federal Defendants' reply memorandum will be filed no later than March 11, 2008, pursuant to the Court's order approving the parties' agreed-upon briefing schedule. See Order of Dec. 26, 2007.

Dated: February 21, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

THOMAS P. COLANTUONO
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

THEODORE C. HIRT
Assistant Director, Federal Programs Branch

 /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

*Counsel for the United States of America and the United States Congress*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2008, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Michael A. Newdow and Rosanna T. Fox, counsel for the Plaintiffs; David H. Bradley, counsel for the School District Defendants; Nancy Smith, counsel for intervenor-defendant the State of New Hampshire; and Eric C. Rassbach, Kevin J. Hasson, and Bradford T. Atwood, counsel for intervenor-defendants Muriel Cyrus, et al.

    /s/ *Eric B. Beckenhauer*
ERIC B. BECKENHAUER
Trial Attorney
U.S. Department of Justice