UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
The Freedom From Religion              \*
Foundation, *et al*.                   \*
    Plaintiffs     \*
\*
v.                                     \*   Civil Action No. 07-cv-356-SM
\*
The United States Congress, *et al*.   \*
    Defendants     \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>STATE OF NEW HAMPSHIRE NOTICE OF INTENT TO REPLY</u>

The State of New Hampshire (hereinafter "State"), by and through counsel, New Hampshire Attorney General Kelly A. Ayotte, and provides notice intent to file a reply to the objection to the motion to dismiss by Mach 11, 2008, as set out in the approved briefing order dated December 26, 2007.

    Respectfully submitted,

    STATE OF NEW HAMPSHIRE

    By its attorneys,

    KELLY A. AYOTTE
    ATTORNEY GENERAL


    /s/ Nancy J. Smith
    Nancy J. Smith, Bar No. 9085
    Senior Assistant Attorney General
    Civil Bureau
    33 Capitol Street
    Concord, New Hampshire  03301-6397
    (603) 271-1227
    nancy.smith@doj.nh.gov

## Certification

February 21, 2008

      I hereby certify that a copy of the foregoing document was filed electronically and served electronically by operation of the Court's electronic filing system to all counsel of record.

                              /s/ Nancy J. Smith
                              Nancy J. Smith