UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| The Freedom From Religion Foundation, *et al*.<br>    Plaintiffs | |
| v. | Civil Action No. 07-cv-356-SM |
| The United States Congress, *et al*.<br>    Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOINT MOTION REQUESTING CONTINUANCE OF PRETRIAL CONFERENCE
AND STAY OF RULE 26 OBLIGATIONS

All parties, including parties granted intervenor status, respectfully request that the court continue the Pretrial Conference scheduled in this matter for October 3, 2008 and stay any obligations under Fed.R.Civ.P. 26. In support thereof the parties submit as follows:

1.	The Federal, State and Muriel Cyrus Intervenor-Defendants filed motions to dismiss, that were fully briefed by the plaintiff in response, regarding the constitutional issues involved in this matter. The court indicated in the order dated August 7, 2008 that these issues would be considered when the constitutional issues are joined by the real parties in interest. 2008 DNH 141, p. 22.

2.	On September 17, 2008 the School District Defendants, in lieu of an answer, filed a motion to dismiss adopting the arguments in the Federal and State Defendants' memoranda of law in order to bring the constitutional issues raised therein properly before the court for determination.

3.	The parties expect that the motions to dismiss, if granted, will dispose of all legal issues in the case and result in dismissal of the Complaint. Accordingly, to conserve judicial

resources and minimize litigation costs, there is good cause to continue the Pretrial Conference currently set for October 3, 2008 and to stay any obligations regarding the commencement of discovery under Fed.R.Civ.P. 26 until the motions to dismiss are resolved.

      4.      This motion will result in the continuance of the Pretrial Scheduling Conference on October 3, 2008, but will not result in the continuance of any other hearing or trial. LR 7.2(a).

      5.      No memorandum of law is necessary as this motion is within the discretion of the court and is fully assented to by all parties.

      6.      Plaintiffs wish to apprise the Court and all parties that an amended complaint, pursuant to FRCP 15(a)(1)(A) (Local Rule 15.1), is planned within the next 21 days, and that an appeal of the order dismissing the federal defendants is also being considered.

      7.      Counsel for the plaintiffs, Michael Newdow, Counsel for the School District Defendants, David Bradley, Counsel for the Federal Defendants, Eric Beckenhauer, and Counsel for the Muriel Cyrus Defendants, Eric Rassbach, have reviewed this pleading and have consented to Counsel for the State Defendant filing it on behalf of all parties.

      WHEREFORE, it is respectfully requested that the court rule as follows:

      A.      That the Pretrial Scheduling Conference set for October 3, 2008 is vacated and will be rescheduled for thirty days after the court rules on the Defendants' motions to dismiss, if necessary;

      B.      That the parties' obligations regarding discovery under Fed.R.Civ.P. 26 are stayed until after the court's decision on the motions to dismiss;

      C.      For such other and further relief as the court deems necessary.

                          Respectfully submitted,

                            STATE OF NEW HAMPSHIRE

By its attorneys,

KELLY A. AYOTTE
ATTORNEY GENERAL


/s/ Nancy J. Smith
Nancy J. Smith, Bar No. 9085
Senior Assistant Attorney General
Civil Bureau
33 Capitol Street
Concord, New Hampshire  03301-6397
(603) 271-1227
nancy.smith@doj.nh.gov

Certification

September 19, 2008

    I hereby certify that a copy of the foregoing document was filed electronically and served electronically by operation of the Court's electronic filing system to all counsel of record.


/s/ Nancy J. Smith
Nancy J. Smith