UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| The Freedom From Religion Foundation, *et al.* <br> Plaintiffs | \* <br> \* <br> \* <br> \* <br> \* |
| v. | \* Civil Action No. 07-cv-356-SM <br> \* |
| The United States Congress, *et al.* <br> Defendants | \* <br> \* <br> \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO SUBMISSION OF FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants Hanover School District and Dresden School District consent to the filing of Plaintiffs' First Amended Complaint.

Respectfully submitted,

HANOVER SCHOOL DISTRICT, DRESDEN SCHOOL DISTRICT, AND SCHOOL ADMINISTRATIVE UNIT 70

By their attorneys,

STEBBINS, BRADLEY, HARVEY, MILLER & BROOKS, PA

11/3/2008

/s/ David H. Bradley
David H. Bradley, Bar No. 87
41 South Park Street
Hanover, NH 03755
(603) 643-3737

Certification

November 3, 2008

      I hereby certify that a copy of the foregoing document was filed electronically and served electronically by operation of the Court's electronic filing system to all attorneys to be noticed.

<u>November 3, 2008</u>                <u>/s/ David H. Bradley</u>
Date                                 David H. Bradley