UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Freedom from Religion Foundation;
Jan Doe and Pat Doe, Parents; DoeChild-1,
Doe-Child-2, and DoeChild-3, Minor Children,
    Plaintiffs

       v.                           Case No. 07-cv-356-SM

Hanover School District,
Dresden School District, and
School Administrative Unit 70,
    Defendants

The United States of America,
    Intervenor-Defendant

The State of New Hampshire,
    Intervenor-Defendant

Anna Chobanian, John Chobanian,
Kathryn Chobanian, Schuyler Cyrus,
Elijah Cyrus, Rhys Cyrus, Austin Cyrus,
Daniel Phan, Muriel Cyrus, Michael Chobanian,
Margarethe Chobanian, Minh Phan, Suzu Phan,
an the Knights of Columbus,
    Intervenors-Defendant

**J U D G M E N T**

In accordance with the Orders of Chief Judge Steven J. McAuliffe dated August 7, 2008, granting in part the Federal Defendants' Motion to Dismiss; and September 30, 2009, granting the Motions to Dismiss by Defendants'  Hanover School District,  Dresden School

District and School Administrative Unit 70; Intervenors-Defendant Muriel Cyrus, et al; and Intervenor-Defendant the United States of America, judgment is hereby entered.

          By the Court,

          /s/  James R. Starr

          James R. Starr, Clerk

September 30, 2009

cc:      Michael A. Newdow, Esq.
         Rosanna T. Fox, Esq.
         David H. Bradley, Esq.
         Eric B. Beckenhauer, Esq.
         Gretchen Leah With, Esq.
         Theodore C. Hirt, Esq.
         Nancy J. Smith, Esq.
         Eric C. Rassbach, Esq.
         Kevin J. Hasson, Esq.
         Bradford T. Atwood, Esq.
         John A. Simmons, Sr., Esq.
         Benjamin W. Bull, Esq.
         David A. Cortman, Esq.
         Jeremy D. Tedesco, Esq.
         Michael J. Compitello, Esq.