UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Case No.  07-cv-356-SM                                        C.C.A.# _____

2. TITLE OF CASE:     The Freedom From Religion Foundation, et al. v.  Hanover School District, et al.

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF retistered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Steven J. McAuliffe, Chief Judge

6. COURT REPORTER(S) & DATES:            N/A

   TRANSCRIPTS ORDERED / ON FILE          NO

7. HEARING / TRIAL EXHIBITS               N/A

8. COURT-APPOINTED COUNSEL                NO

9. FEE PAID                               YES

10. IN FORMA PAUPERIS                     NO

11. MOTIONS PENDING                       NO

12. GUIDELINES CASE                       NO

13. RELATED CASES ON APPEAL               NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS: