UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>The Freedom From Religion
 Foundation, et al.</u>

       v.                        Case No. 07-cv-356-SM

<u>Hanover School District, et al.</u>

<u>ORDER</u>

Re: Document No. 65, Assented to Motion to Clarify [60] Order on Motion to Dismiss, [61] Judgment

     Ruling:   Denied. The order dated September 30, 2009 (doc. No. 60) did not overlook the state's motion to dismiss (doc. No. 14) - that motion was denied by separate order dated August 7, 2008 (doc. No. 44). And, the "State of New Hampshire's Supplemental Memorandum of Law Regarding Plaintiffs' First Amended Complaint in Support of the Motion to Dismiss" (doc. No. 53), is, as the title suggests, a memorandum of law, not a motion. To the extent the state, as intervenor, supported the motion to dismiss that was granted, the state's position prevailed.

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

Date: November 3, 2009

cc:  All Counsel of Record