UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

The Freedom from Religion
Foundation, et al.

      v.                Case No. 07-CV-356-SM

Hanover School District, et al.

**NOTICE OF CHANGE OF ADDRESS**

      Please take notice that Rosanna T. Fox, Esq., co-counsel for Plaintiff, The Freedom from Religion Foundation, has changed the following information contained in the original ECF Registration Form:

      Rosanna T. Fox, Esq.
      Co-Counsel for Plaintiff,
      The Freedom from Religion Foundation
      12 Eldorado Circle
      Nashua, NH  03062
      (603) 318-8479

November 9, 2009        BY:_/s/_____
                                    Rosanna T. Fox, Esq.
                                    Bar No. 17693
                                    Co-Counsel for Plaintiff,
                                    The Freedom from Religion Foundation
                                    12 Eldorado Circle
                                    Nashua NH  03062
                                    (603) 318-8479
                                    rosief13@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically served through ECF:

All Counsel of Record

Conventionally Served:

Edward O'Brien, Esq.
O'Brien Law Firm
1 Sundial Avenue
Manchester, NH 03103-7204