UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>The Freedom From Religion Foundation, et al.</u>

        v.                Case No. 07-cv-356-SM

<u>Hanover School District, et al.</u>

CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Judith Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED:  65, 66 and 67

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, November 23, 2009.

**JAMES R. STARR**, Clerk

**By: <u>/s/ Judith A. Barrett,  Deputy Clerk</u>**

cc:    All Counsel of Record