# United States Court of Appeals
## For the First Circuit

---

No. 09-2473

FREEDOM FROM RELIGION FOUNDATION, ET AL.,

Plaintiffs, Appellants,

v.

HANOVER SCHOOL DISTRICT, ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered:  November 12, 2010

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order and judgment of the district court dismissing the complaint is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Rassbach, Mr. Atwood, Mr. Sturgill, Ms. Smith, Mr. Sekulow, Mr. Bradley, Ms. Witt,  Mr. Fitschen, Mr. Hirt, Mr. Bull, Mr. Newdow, Mr. Fox, Mr. Beckenhauer, Mr. Hasson, Mr. Simmons, Mr. Cortman, Mr. Tedesco, Mr. Compitello & Mr. Eidsmoe,