# United States Court of Appeals
## For the First Circuit

No. 09-2473

THE FREEDOM FROM RELIGION FOUNDATION; PAT DOE, Parent and Next Friend of Doechild-1, Doechild-2 and Doechild-3; JAN DOE, Parent and Next Friend of Doechild-1, Doechild-2 and Doechild-3

Plaintiffs - Appellants

v.

UNITED STATES; THE STATE OF NEW HAMPSHIRE; MURIEL CYRUS; A.C., Minor; J.C., Minor; K.C., Minor; S.C., Minor; E.C., Minor; R.C., Minor; A.C., Minor; D.P., Minor; MICHAEL CHOBANIAN; MARGARETHE CHOBANIAN; MINH PHAN; SUZU PHAN; KNIGHTS OF COLUMBUS

Defendants - Appellees

DRESDEN SCHOOL DISTRICT; HANOVER SCHOOL DISTRICT

Defendants

**MANDATE**

Entered: January 5, 2011

In accordance with the judgment of November 12, 2010, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court

/s/ Margaret Carter, Clerk

cc:
Bradford T. Atwood, Benjamin Wyman Bull, David Andrew Cortman, John Allen Eidsmoe, Steven W. Fitschen, Kevin J. Hasson, Theodore Charles Hirt, Michael A. Newdow, Eric C. Rassbach, Jay A. Sekulow, Nancy J. Smith, Lowell Vernon Sturgill Jr., Jeremy D. Tedesco, Gretchen Leah Witt